Matthew D. Owdom
OWDOM LAW FIRM
627 N. Encina
Visalia, CA 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319
E-mail: matt@owdomlawfirm.com
Attorney for Plaintiff

DEANNE H. PETERSON, #147099
County Counsel for the County of Tulare
KATHLEEN A. TAYLOR, #131100
Chief Deputy County Counsel
AMY TERRIBLE MYERS, #269475
Deputy County Counsel
2900 West Burrel Avenue
Visalia, California 93291
Telephone: (559) 636-4950
Facsimile: (559) 737-4319
E-mail: amyers@co.tulare.ca.us
Attorneys for Defendants County of Tulare and
Tulare County Sheriff's Department

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO**

| | |
|---|---|
| RAMIRO HUERTA,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; SALVADOR CEJA; JAMES DILLON; RONALD SMITH; Unknown TULARE COUNTY SHERIFF'S DEPUTIES named herein as Does 7 - 50; and ROES 1-50, inclusive,<br><br>                Defendants. | Case Number: 1:17-cv-01446-DAD-EPG<br><br>STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff, Ramiro Huerta ("Plaintiff"), and Defendants COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity, MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; SALVADOR CEJA; JAMES DILLON; RONALD SMITH, Unknown TULARE COUNTY SHERIFF'S DEPUTIES named herein, as Does 7-50, (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a Seccond Amended Complaint. This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated January 30, 2018, and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

IT IS FURTHER STIPULATED that Plaintiff will file his Second Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within twenty-one (21) days after the First Amended Complaint is filed.

IT IS SO STIPULATED.

Dated: April 11, 2018          TULARE COUNTY COUNSEL

/s/ *Amy T. Myers*

Amy Terrible Myers
Attorneys for Defendants

Dated: April 11, 2018          OWDOM LAW FIRM

/s/ *Matthew Owdom*
Matthew D. Owdom
Attorney for Plaintiff

# **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall file his Second Amended Complaint within five (5) calendar days of the date this Order is filed.

IT IS FURTHER ORDERED that Defendants' response thereto shall be filed within twenty-one (21) days after the Second Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **April 12, 2018**  /s/ Eric P. Gross
UNITED STATES MAGISTRATE JUDGE