**ABIR COHEN TREYZON SALO, LLP**
Boris Treyzon, Esq. (SBN 188893)
Douglas A. Rochen, Esq. (SBN 217231)
Meagan Melanson (SBN 258978)
1901 Avenue of the Stars, Suite 935
Los Angeles, CA  90067
Telephone (310) 407-7888
Facsimile (310) 407-7915

**OWDOM LAW FIRM**
Matthew D. Owdom (SBN 258779)
632 W. Oak Ave. Visalia, California 93291
Telephone:  559.750-5224
matt@owdomlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA, | Case No.: 1:17-cv-01446-DAD-EPG |
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; SALVADOR CEJA; JAMES DILLON; RONALD SMITH; Unknown TULARE COUNTY TSC'S DEPUTIES named herein as Does 7 - 50; and ROES 1-50 inclusive | |
| Defendants | |

///

PLEASE TAKE NOTICE that Matthew D. Owdom, attorney of record for Plaintiff Ramiro Huerta, hereby associates Abir Cohen Treyzon Salo, LLP and attorneys Boris Treyzon, Douglas A. Rochen, and Meagan E. Melanson as co-counsel for Mr. Huerta in this matter. The name, office address, telephone number, facsimile number and email addresses of the associated counsels are as follows:

ABIR COHEN TREYZON SALO, LLP
Boris Treyzon – SBN 188893
Douglas A. Rochen – SBN 217231
Meagan E. Melanson – SBN 258978
1901 Avenue of the Stars, Suite 935
Los Angeles, California 90067
Telephone:  (424) 288-4367
Facsimile:  (424) 288-4368
Emails:  btreyzon@actslaw.com
         drochen@actslaw.com
         mmelanson@actslaw.com

Attorney Matthew D. Owdom concurs in the filing of this Notice of Association of Counsel.

Dated: April 13, 2018

Respectfully submitted,
**OWDOM LAW FIRM**

By: _____/s/_____
Matthew D. Owdom, Esq.
Attorneys for Plaintiff

Dated: April 13, 2018

Respectfully submitted,
**ABIR COHEN TREYZON SALO, LLP**

By: _____/s/_____
Boris Treyzon, Esq.
Attorneys for Plaintiff

Dated: April 13, 2018          Respectfully submitted,
                               **ABIR COHEN TREYZON SALO, LLP**


                        By:    _____/s/_____
                               Douglas A. Rochen, Esq.
                               Attorneys for Plaintiff


Dated: April 13, 2018          Respectfully submitted,
                               **ABIR COHEN TREYZON SALO, LLP**


                        By:    _____/s/_____
                               Meagan E. Melanson, Esq.
                               Attorneys for Plaintiff