# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, *et al.*,<br><br>　　　　　　Defendants. | No.: 1:17-cv-01446-DAD-EPG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO AMEND THE PLEADINGS AND PROPOSED BRIEFING SCHEDULE**<br><br>(ECF No. 45) |

　　　　The Court, having fully considered the Parties' Stipulation (ECF No. 45), and good cause appearing, HEREBY ORDERS:

1. The last day to amend the pleadings is extended to **April 1, 2019**.
2. The non-expert discovery cutoff date is extended to **May 2, 2019**.
3. All other dates in the Order Modifying Scheduling Order (ECF No. 43) remain the same.

IT IS SO ORDERED.

Dated: __**December 21, 2018**__　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE