**COUNTY COUNSEL, COUNTY OF TULARE**
Deanne H. Peterson, SBN 147099
Kathleen A. Taylor, SBN 131100
Amy I. Myers, SBN 269475
2900 West Burrel Avenue
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: *amyers@co.tulare.ca.us*
*Attorneys for Defendant County of Tulare and named Defendants*

**ABIR COHEN TREYZON SALO, LLP**
Boris Treyzon, Esq. (SBN 188893)
Douglas A. Rochen, Esq. (SBN 217231)
Katie deGuzman, Esq. (SBN 283714)
1901 Avenue of the Stars, Suite 935
Los Angeles, CA 90067
T: (424) 288-4367
F: (424) 288-4368
E-mail: *kdeguzman@actslaw.com*

**OWDOM LAW FIRM**
Matthew D. Owdom (SBN 258779)
632 W. Oak Ave.
Visalia, California 93291
T: (559) 750-5224
E-mail: *matt@owdomlawfirm.com*
*Attorneys for Plaintiff Ramiro Huerta*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT

| | |
|---|---|
| RAMIRO HUERTA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; SALVADOR CEJA; JAMES DILLON; RONALD SMITH; Unknown TULARE COUNTY TSC'S DEPUTIES named herein as Does 7 - 50; and ROES 1-50 inclusive<br><br>Defendants. | Case No. 1:17-cv-01446-EPG<br><br>**JOINT STATUS REPORT**<br><br>**Date:**     February 4, 2019<br>**Time:**    10:30 a.m.<br>**Place:**   Courtroom 10<br><br>*Magistrate Judge Erica P. Grosjean* |

The parties to the above-entitled action, Plaintiff RAMIRO HUERTA ("Plaintiff") and Defendants COUNTY OF TULARE, TULARE COUNTY SHERIFF, MICHAEL COLDREN, LAURA TORRES-SALCIDO, HECTOR HERNANDEZ, SALVADOR CEJA, JAMES DILLON, and RONALD SMITH ("Defendants"), jointly submit this JOINT STATUS REPORT.

**1.  STATUS OF THE CASE**

All parties have now stipulated to magistrate jurisdiction and this matter is now assigned to the Honorable Magistrate Judge Erica P. Grosjean for all purposes.

Discovery is currently stayed per stipulation pending final disposition of Mr. Huerta's related criminal case.  Depositions of the Tulare County Sheriff's Office PMKs, named Defendants, Plaintiff and additional witnesses have occurred (other than questions reserved for the named Defendants relating to personnel records).

On January 22, 2019, Mr. Huerta's criminal matter (*People v. Ramiro Huerta*, Tulare County Superior Court Case No. PCM358718) was set for jury trial on June 18, 2019, with jury trial confirmation on June 13, 2019, and pre-trial conference/motions in limine on April 12, 2019.

**2.  ADDITIONAL DISCOVERY**

Outside of expert discovery/depositions to be scheduled in the future, as well as completing depositions of the named Defendants (questions solely pertaining to personnel records), the parties intend to propound additional written discovery once the stipulated discovery stay expires.

**3.    POSSIBILITY OF SETTLEMENT**

Not at this time. Defendants do not intend to make any settlement offers.

**4.    OTHER ISSUES**

**a. Defendants' Motion for Contempt and Sanctions against Plaintiff**

Defendants have filed a Motion for Contempt and Sanctions against Plaintiff for violation of this Court's Order that, with the exception of Defendants' initial disclosures, Plaintiff and his counsel are prohibited from using in his pending criminal case any documents or other evidence produced by Defendants in this civil proceeding unless such documents or other evidence are independently obtained through the pending criminal case. Parties met and conferred regarding the issue, to no avail. That Motion is set to be heard before this Court on February 22, 2019 at 2:30 p.m. in Department 10.

**b. Plaintiff's Motion to Compel Discovery**

Plaintiff has filed a Motion to Compel discovery as it pertains to peace officers' personnel records (currently stayed per Court order) and *Monell* claims. Plaintiff has requested that the Court lift the stipulated stay to discovery and compel Defendants to produce the relevant officer personnel records as well as all the Monell related documents. The criminal trial is set for June, with the civil trial in December, Plaintiff cannot afford to wait for the stay to expire at the completion of the criminal trial to complete discovery and depositions. The stay would make it impossible for Plaintiff to properly prepare his civil case for trial and would greatly prejudice him. The parties have met and conferred regarding the issue but could not come to an agreement. Parties have also worked together in drafting a joint statement regarding the discovery issues. The

motion to compel was filed on January 23, 2019 and has a hearing date of February 22, 2019.

### c. Scheduling

The parties have stipulated and the Court has granted the following extensions:

```
Last Day to Amend Pleadings……………………………………..April 1, 2019
Non-Expert Discovery Cutoff ........................................... May 2, 2019
Expert Disclosure ............................................................. May 2, 2019
Rebuttal Expert Disclosure............................................... May 30, 2019
Dispositive Motion Filing Deadline .................................. May 31, 2019
Expert Discovery Cutoff ................................................... July 1, 2019
```

DATED: January 28, 2019        DEANNE H. PETERSON
                               Tulare County Counsel


                               By:  */s/ Amy I. Myers*
                                   Amy I. Myers, Deputy County Counsel
                                   Attorneys for Defendants


DATED: January 28, 2019        ABIR COHEN TREYZON SALO, LLP


                               By:  */s/ Katie deGuzman*
                                   Boris Treyzon
                                   Doug Rochen
                                   Katie deGuzman
                                   Attorneys for Plaintiff
                                   RAMIRO HUERTA