Matthew D. Owdom #258779
OWDOM LAW FIRM
632 West Oak Avenue
Visalia, California 93291
Telephone: 559.750.5224
matt@owdomlawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| RAMIRO HUERTA,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, a governmental entity, et. al.,<br><br>                    Defendants. | Case No. 1:17-CV-01446-EPG<br><br>DECLARATION OF MATTHEW D. OWDOM RE HEARING FOR CONTEMPT<br><br>Date:<br>Time: 2:30 p.m.<br>Ctrm: 10 (6th Floor) |

**DECLARATION OF MATTHEW D. OWDOM**

I, Matthew Owdom, hereby declare as follows:

1.      I am an attorney licensed to practice in the United States Court for the Eastern District of California. I am one of the attorneys representing Plaintiff Ramiro Huerta (*Huerta*) in this matter, in addition to the State Court case, *People v. Huerta*, Tulare County Case No.

DECLARATION OF MATTHEW D. OWDOM RE HEARING
ON CONTEMPT

1

PCM 358718 (*the Criminal Case*). I have personal knowledge of the matters set forth herein. If called, I could and would competently and completely testify to the facts set forth herein.

2.      Attached hereto as Exhibit 1 is a Withdrawal of the MIL and Notice of Federal Court Discovery Order to be filed Tuesday, February 26, 2019 in the Criminal Case.

3.      On November 20, 2018, I received an email and attachment from Ms. Kari Martin-Higgins, a paralegal with the Tulare County Counsel's Office. Attached to the email was a Declaration of Compliance/Production by Ms. Higgins indicating that all deposition transcripts, exhibits, and several other categories of evidence taken in the Federal Case had been produced to the Tulare County District Attorney, along with a Receipt & Acknowledgment executed by Deputy District Attorney Joe L. Alindajao on November 19, 2018. A true and correct copy of Ms. Higgins' email, the Declaration of Compliance/Production, and the Receipt & Acknowledgment are attached hereto as Exhibit 2.

4.      At the time I filed the MIL on November 28, 2018, I believed that the Tulare County Counsel had independently produced the civil rights deposition transcripts to the District Attorney, without objection, pursuant to the District Attorney's subpoenas in the Criminal Case. *See* Exhibit 2, Declaration of Compliance/Production by Tulare County Counsel and Receipt & Acknowledgment by DA. As a result of said production of all deposition transcripts and various other items of evidence, I believed that such materials were available for use in the Criminal Case.

5.      I sincerely apologize to the Court for any mistake on my part in interpreting the Discovery Order.

6.      With respect to communication with the District Attorney regarding the federal court proceeding, I can recall the following specific instances: (1) a phone call on January 8, 2019, regarding deposition transcripts in possession of the Tulare County DA; (2) a discussion of the transcripts in either late November 2018 or early December 2018, while in Porterville for one of the appearances in the Criminal Case. It is likely I spoke to the DA earlier than this about the transcripts while discussing Defendant's trial witnesses or witness list or related matters, but I do not recall any specific dates, and I do not have any memoranda in my file indicating such dates.

DECLARATION OF MATTHEW D. OWDOM RE HEARING
ON CONTEMPT

7.     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: February 26, 2019

/s/ Matthew D. Owdom
MATTHEW D. OWDOM

DECLARATION OF MATTHEW D. OWDOM RE HEARING
ON CONTEMPT

3

# EXHIBIT 1

1  Matthew D. Owdom #258779
   OWDOM LAW FIRM
2  632 West Oak Avenue
   Visalia, California 93291
3  Telephone: 559.750.5224
   matt@owdomlawfirm.com
4
   Attorney for Plaintiff
5

6

7

8               SUPERIOR COURT FOR THE COUNTY OF TULARE

9                         PORTERVILLE DIVISION

10

11  THE PEOPLE OF THE STATE OF              Case No. PCM358718
    CALIFORNIA,
12                                          NOTICE OF WITHDRAWAL OF
13                          Plaintiff,      DEFENDANT'S MOTION IN LIMINE (A);
                                            NOTICE OF FEDERAL COURT
14  vs.                                     DISCOVERY ORDER

15  RAMIRO HUERTA,

16                          Defendant.

17

18

19

20

21

22

23      NOTICE IS GIVEN that Defendant RAMIRO HUERTA hereby withdraws Defendant's

24  Motion in Limine (A), filed with this Court on November 28, 2018. Withdrawal is mandated

25  pursuant to Discovery Order of the Hon. Magistrate Judge Erica P. Grosjean of the United States

26  Court for the Eastern District of California, in Case No. 1:17-cv-01446-EPG.

27      NOTICE IS FURTHER GIVEN that the Hon. Magistrate Judge Erica P. Grosjean has

28
    _____
    NOTICE OF WITHDRAWAL OF
    DEFENDANT'S MOTION IN LIMINE (A)
                                    1

1 | issued the Discovery Order, attached hereto as Exhibit A, in Case No. 1:17-cv-01446-EPG

2

3

4

5

6 | Dated: February 26, 2019

7 | OWDOM LAW FIRM
Attorney for Plaintiff Ramiro Huerta
8 | By: Matthew D. Owdom

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF
DEFENDANT'S MOTION IN LIMINE (A)

2

| 07/27/2018 | 36 | MINUTE ORDER: (TEXT ENTRY ONLY) On July 27, 2018, this case came before the Court for hearing on Defendants' Motion for Protective Order and for Temporary Stay of Civil Discovery (ECF No. 31 ). After hearing from the parties, and considering the record, the Court GRANTS IN PART and DENIES IN PART the pending motion. As stated and explained on the record, the Court grants a stay of discovery of Defendants' personnel files until after the court in the criminal proceeding rules on Plaintiff's anticipated *Pitchess* motion or otherwise rules on the scope of discovery of Defendants' personnel files in the criminal proceeding. Once that ruling in the criminal proceeding has been issued, the parties are directed to meet and confer regarding disclosure of Defendants' personnel files in this civil case. After this meet and confer has occurred, Plaintiff has leave to file a motion to compel, if needed, regarding the disclosure of Defendants' personnel files without any informal conference with the Court. Defendants' Motion for Protective Order and for Temporary Stay of Civil Discovery (ECF No. 31 ) is otherwise denied. In light of this ruling, the Court's prior interim stay, issued on June 14, 2018 (ECF No. 30 ), is lifted. Defendants must therefore respond to Plaintiff's Request for Production of Documents 1 through 14 except to the extent that those requests seek disclosure of Defendants' personnel files. The parties are directed to meet and confer regarding any discovery that is required to be, but has not been, produced in response to Plaintiff's Request for Production of Documents 1 through 14. The Court reiterates and extends its previous ruling that, with the exception of Defendants' initial disclosures, Plaintiff and his counsel are prohibited from using in his pending criminal case any documents or other evidence produced by Defendants in this civil proceeding unless such documents or other evidence are independently obtained through the pending criminal case. As discussed on the record, the Court expects discovery to go forward promptly and counsel shall be communicative and efficient in scheduling depositions going forward. Minute Order signed by Magistrate Judge Erica P. Grosjean on 7/27/2018. (Rooney, M) (Entered: 07/27/2018) |



EXHIBIT

A

# EXHIBIT 2

**From:** Kari A Martin-Higgins <KMartin1@co.tulare.ca.us>
**Sent:** Tuesday, November 20, 2018 9:29 AM
**To:** Matt Owdom <matt@owdomlawfirm.com>; 'kdeguzman@actslaw.com' <kdeguzman@actslaw.com>; Joe L Alindajao <JAlindajao@co.tulare.ca.us>
**Cc:** Amy I Myers <AMyers@co.tulare.ca.us>
**Subject:** People v. Ramiro Huerta TCSC Case No. PCM358718

Good Morning Everyone,

Please see the attached Declaration re: Compliance with Subpoenas.

Regards,

*Kari Martin-Higgins, ACP, CAS*
*Legal Support Services Specialist*
Tulare County Counsel
2900 W. Burrel Avenue
Visalia, CA 93230
Direct Line: (559) 636-4979
Facsimile: (559) 737-4319
E-mail: kmartin1@co.tulare.ca.us

1

1  DEANNE H. PETERSON, #147099
   County Counsel for the County of Tulare
2  KATHLEEN A. TAYLOR, # 131100
   Chief Deputy County Counsel
3  AMY I. MYERS, #269475
   Deputy County Counsel
4  2900 West Burrel, County Civic Center
   Visalia, California 93291
5
   Phone: (559) 636-4950
6  Fax: (559) 737-4319
   E-mail: amyers@co.tulare.ca.us
7

8

9                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE

10

11  PEOPLE OF THE STATE OF              Case Number:  PCM358718
    CALIFORNIA,
12                                      **DECLARATION OF KARI**
                 Plaintiff,             **MARTIN-HIGGINS RE:**
13                                      **COMPLIANCE WITH**
    vs.                                 **SUBPOENAS**
14
    RAMIRO HUERTA,
15
                 Defendant.
16

17

18  I, KARI MARTIN-HIGGINS, declare:

19  1.      I am a Legal Support Services Specialist in the office of Tulare County Counsel and have

20  been employed with the County of Tulare for more than five years. I have been a paralegal for over

21  twenty years. Our office represents the Defendants County of Tulare, et al in Ramiro Huerta v.

22  County of Tulare, et al, United States District Court Eastern District of California Case #1:17-cv-

23  01446-DAD-EPG.  I am the custodian of records in the possession of Tulare County Counsel for the

24  above noted federal court case.

25  2.      I have personal knowledge regarding the documents in the possession of Tulare County

26  Counsel in the matter of Ramiro Huerta v. County of Tulare et al. The matters stated herein are true

27  and correct, I have personal knowledge thereof, and I am competent to testify thereto.

28

County Counsel
Tulare County
Visalia, California

1
Declaration of Kari Martin-Higgins

3.      On November 19, 2018, I received two subpoenas from the Tulare County District Attorney's Office in the matter of People v. Huerta PCM358718.

4.      Attached as **Exhibit 1** are the subpoenas I received. Attached as **Exhibit 2** is a Receipt & Acknowledgment signed by Deputy District Attorney Joe L. Alindajo on November 19, 2018 listing the documents produced in compliance with the subpoenas.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.

Dated:  November 20, 2018

Kari Martin-Higgins

Exhibit 1

CR-125/JV-525

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TIM WARD<br>TULARE COUNTY DISTRICT ATTORNEY<br>221 S. MOONEY BLVD RM 224<br>VISALIA, CA 93291<br>TELEPHONE NO.:                FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PEOPLE OF THE STATE OF CALIFORNIA | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE
STREET ADDRESS: 300 E OLIVE AVENUE
MAILING ADDRESS: 300 E OLIVE AVENUE
CITY AND ZIP CODE: PORTERVILLE, CA 93257
BRANCH NAME: PORTERVILLE DIVISION

CASE NAME:
PEOPLE VS RAMIRO HUERTA

| ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:<br>Subpoena/Subpoena Duces Tecum | CASE NUMBER:<br>PCM358718 |
|---|---|

You must attend court or provide to the court the documents listed below. Follow the orders checked in item 2 below.   If you do not, the judge can fine you, send you to jail, or issue a warrant for your arrest.

1. To: *(name or business)*   CUS OF REC:TULARE COUNTY COUNSEL, 2900 W BURRELL, VISALIA, CA

2. You must follow the court order(s) checked below:
   a. ☐ Attend the hearing.
   b. ☐ Attend the hearing *and* bring all items checked in c. below.
   c. ☐ Provide a copy of these items to the court (Do not use this form to obtain Juvenile Court records):
      (1) PLEASE SEE ATTACHMENT
      (2) _____
      (3) _____
      ☐ If this box is checked, provide all items listed on the attached sheet labeled "Provide These Items."
   d. ☐ If someone else is responsible for maintaining the items checked in c. above, that person (the Custodian of Records) must also attend the hearing.
   e. ☐ If this box is checked and you deliver all items listed above to the court within 5 days of service of this order, you do not have to attend court if you follow the instructions in item 5.

3. Court Hearing Date:
   Date: 12/04/2018   Time: 08:30 AM
   Dept.: 019   Rm.: _____
   The court hearing will be at *(name and address of court):*
   TULARE COUNTY SUPERIOR COURT, 300 E OLIVE AVENUE, PORTERVILLE, CA 93257

   Call the person listed in item 4 below to make sure the hearing date has not changed. If you cannot go to court on this date, you must get permission from the person in item 4.  You may be entitled to witness fees, mileage, or both, in the discretion of the court.  Ask the person in item 4 after your appearance.

4. The person who has required you to attend court or provide documents is:
   Name: HONORABLE ANTONIO REYES   Phone No.: 559-782-7770
   Address: 300 E OLIVE AVENUE
   Number, Street, Apt. No.
   PORTERVILLE, CA 93257
   City                State        Zip

   Date: 11/16/18   Signature ▶
                              Name and Title

Form Adopted for Mandatory Use
Judicial Council of California
CR-125/JV-525 [Rev. July 1, 2007]

ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:
Subpoena/Subpoena *Duces Tecum*
(Criminal and Juvenile)

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

1  TIM WARD
   TULARE COUNTY DISTRICT ATTORNEY
2  221 S MOONEY BLVD., RM 224
   VISALIA, CA  93291
3  TELEPHONE:  (559) 636-5494
   FAX:  (559) 730-2658

4

5  ATTORNEY FOR PLAINTIFF(S)

6

7            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                  IN AND FOR THE COUNTY OF TULARE

8

9  THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                            Plaintiff,   )
                                         )    CRT. NO. PCM358718
10                                       )
                                         )    AFFIDAVIT IN
11          vs.                          )    SUPPORT OF
                                         )    SUBPOENA DUCES
12  RAMIRO HUERTO                        )    TECUM
                                         )
13                                       )
                                         )    DATE: 12/04/2018
14                        Defendant(s)   )    TIME:08:30AM
                                         )    DEPT. NO.:019

15

16      I, JOE ALINDAJAO, do hereby declare as follows:

17      1. That I am a Deputy District Attorney for the County of Tulare, and am the attorney representing the

    People of the State of California in the aforementioned matter.

18      2. That the Custodian of Records of TULARE COUNTY COUNSEL, 2900 W BURRELL, VISALIA,

19  California, has in his/her possession or under his/her control the following documents:

20      YOU SHALL PROVIDE TO COURT ANY AND ALL OF THE FOLLOWING INFORMATION IN

21  FEDERAL CASE 1:17-CV-01446-DAD-EPG:

22      A.      ANY AND ALL FEDERAL RULINGS THAT WOULD IMPACT CRIMINAL CASE

23              PCM358718 AND PCM351705

24      B.      ANY AND ALL VIDEO DEPOSITIONS AND TRANSCRIPTS WITH EXHIBITS:

                INCLUDING BUT NOT LIMITED TO DEPOSITIONS OF DEPUTIES DILLON,

25              COLDREN, AND HERNANDEZ.



# OFFICE OF THE DISTRICT ATTORNEY
## COUNTY OF TULARE
Tim Ward, *District Attorney*

In order the avoid personal appearance to comply with the Subpoena Duces Tecum you have received in the above matter, Section 1560 of the California Evidence Code must be strictly followed. If this procedure is followed properly, it will not be necessary for anyone to appear in court.

It is imperative that the following steps be followed:

1. Make a true and correct copy of all records described in the Subpoena Duces Tecum. A photocopy is sufficient for this purpose.

2. Complete and sign the enclosed declaration.

3. Put the declaration and all copies of the records in a sealed envelope or wrapper.

4. Write the following information on the outside of that sealed envelope or wrapper.

a. Title of Action:  RAMIRO HUERTA

b. Number of Action: PCM358718

c. Date of Subpoena:  12/04/2018

d. Name of Person Signing Declaration:_____

5. Enclose the sealed inner envelope or wrapper in an outer envelope or wrapper and seal the outer container.

6. Mail or deliver the package to the following address:

Clerk          TULARE COUNTY SUPERIOR COURT

Court Division        ATTN: EXIBITS

                      300 E OLIVE AVENUE

                      PORTERVILLE, CA  93257

7. To comply with Section 1560, you must mail or deliver the above within FIVE DAYS after you receive the subpoena.

The enclosed declaration should be completely filled out, with a check mark for either 3a or 3b. Sign and date the declaration and enclose it with the sealed records.

Additionally, it would be helpful to enclose a short explanation of the records.

221 S MOONEY BLVD, RM 224, VISALIA, CA 93291-4593  •  MAIN OFFICE (559) 636-5494, FAX (559) 730-2658  •  WWW.DA-TULARECO.ORG

DECLARATION

Title of Action:  RAMIRO HUERTA

Number of Action:  PCM358718

Date of Subpoena:  12/04/2018

Name of party receiving subpoena:  CUSTODIAN OF RECORD

Name of Business: TULARE COUNTY COUNSEL


I, _____, the undersigned, say:


1. I am the duly authorized custodian of the records of the above-named business.

2. I have authority to certify copies of those records.

3. Check either a. or b. below:

( ) a.  The copies transmitted herewith are true and correct copies of all
the original records described in the above-named subpoena,
insofar as the above-named business has such records;

( ) b.    No copies are transmitted herewith, because the above-named
business has none of the records described in the above named
subpoena.

4. The records were prepared by the personnel of the above-named business,
in the ordinary course of business at or near the time of the act, condition,
or event.

5.     The records transmitted herewith are identified as:
_____
_____

6.     The records were prepared in the following manner:
_____
_____

Executed on     _____, _____, _____ at , California.


I declare under penalty of perjury that the above is true and correct.


_____
Declarant

CR-125/JV-525

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| — TIM WARD<br>TULARE COUNTY DISTRICT ATTORNEY<br>221 S. MOONEY BLVD RM 224<br>VISALIA, CA 93291<br>TELEPHONE NO.:                          FAX NO. *(Optional):* ·<br>E-MAIL ADDRESS *(Optional)*<br>ATTORNEY FOR *(Name):*  PEOPLE OF THE STATE OF CALIFORNIA | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  TULARE
STREET ADDRESS: 300 E OLIVE AVENUE
MAILING ADDRESS: 300 E OLIVE AVENUE
CITY AND ZIP CODE: PORTERVILLE, CA 93257
BRANCH NAME: PORTERVILLE DIVISION

CASE NAME:
PEOPLE VS RAMIRO HUERTA

| ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:<br>Subpoena/Subpoena Duces Tecum | CASE NUMBER:<br>PCM358718 |
|---|---|

You must attend court or provide to the court the documents listed below. Follow the orders checked in item 2 below.   If you do not, the judge can fine you, send you to jail, or issue a warrant for your arrest.

1. To: *(name or business)*   CUS OF REC;TULARE COUNTY COUNSEL, 2900 W BURRELL, VISALIA, CA

2. You must follow the court order(s) checked below:

   a. ☐ Attend the hearing.

   b. ☐ Attend the hearing *and* bring all items checked in  c.  below.

   c. ☐ Provide a copy of these items to the court *(Do not use this form to obtain Juvenile Court records):*
      (1) PLEASE SEE ATTACHMENT _____
      (2) _____
      (3) _____
      ☐ If this box is checked, provide all items listed on the attached sheet labeled "Provide These Items."

   d. ☐ If someone else is responsible for maintaining the items checked in c. above, that person (the Custodian of Records) must also attend the hearing.

   e. ☐ If this box is checked and you deliver all items listed above to the court within 5 days of service of this order, you do not have to attend court if you follow the instructions in item 5.

3. | Court Hearing Date: | The court hearing will be at *(name and address of court):* |
   |---|---|
   | Date: 12/04/2018   Time: 08:30 AM<br>Dept.: 019 _____ Rm.: _____ | TULARE COUNTY SUPERIOR COURT, 300 E OLIVE<br>AVENUE, PORTERVILLE, CA 93257 |

   *Call the person listed in item 4 below to make sure the hearing date has not changed. If you cannot go to court on this date, you must get permission from the person in item 4. You may be entitled to witness fees, mileage, or both, in the discretion of the court.  Ask the person in item 4 after your appearance.*

4. The person who has required you to attend court or provide documents is:
   Name: HONORABLE ANTONIO REYES          Phone No.: 559-782-7770
   Address: 300 E OLIVE AVENUE
   *Number, Street, Apt. No.*
   PORTERVILLE, CA 93257
   *City                              State        Zip*

   Date: 11/11/18          Signature ▶ _____
                                      *Name and Title*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-125/JV-525 [Rev. July 1, 2007] | ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:<br>Subpoena/Subpoena Duces Tecum<br>(Criminal and Juvenile) | Page 1 of 2<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

1   TIM WARD
    TULARE COUNTY DISTRICT ATTORNEY
2   221 S MOONEY BLVD., RM 224
    VISALIA, CA 93291
3   TELEPHONE: (559) 636-5494
    FAX: (559) 730-2658

4

5   ATTORNEY FOR PLAINTIFF(S)

6

7                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
                        IN AND FOR THE COUNTY OF TULARE

8

9   THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                  Plaintiff, )
10                                           )     CRT. NO. PCM358718
                                             )
11                 vs.                       )     AFFIDAVIT IN
                                             )     SUPPORT OF
                                             )     SUBPOENA DUCES
12  RAMIRO HUERTO                            )     TECUM
                                             )
13                                           )
                                             )     DATE: 12/04/2018
14                           Defendant(s)    )     TIME:08:30AM
    _____)     DEPT. NO.:019

15

16      I, JOE ALINDAJAO, do hereby declare as follows:

17      1. That I am a Deputy District Attorney for the County of Tulare, and am the attorney representing the

    People of the State of California in the aforementioned matter.

18      2. That the Custodian of Records of TULARE COUNTY COUNSEL, 2900 W BURRELL, VISALIA,

19  California, has in his/her possession or under his/her control the following documents:

20      YOU SHALL PROVIDE TO COURT ANY AND ALL OF THE FOLLOWING INFORMATION IN

21  FEDERAL CASE 1:17-CV-01446-DAD-EPG:

22      PLEASE PROVIDE ANY AND ALL AUDIO TRANSCRIPTS FROM PORTERVILLE POLICE

23  DEPARTMENT (INCIDENT # 7PV0021310) AND TULARE COUNTY SHERIFF'S OFFICE (TCSO RPT#

    17-04931) RELATING TO FEDERAL CASE # 1:17-CV-01446-DAD-EPG.
24

25



OFFICE OF THE DISTRICT ATTORNEY
COUNTY OF TULARE

Tim Ward, *District Attorney*

In order the avoid personal appearance to comply with the Subpoena Duces Tecum you have received in the above matter, Section 1560 of the California Evidence Code must be strictly followed. If this procedure is followed properly, it will not be necessary for anyone to appear in court.

It is imperative that the following steps be followed:

1. Make a true and correct copy of all records described in the Subpoena Duces Tecum. A photocopy is sufficient for this purpose.

2. Complete and sign the enclosed declaration.

3. Put the declaration and all copies of the records in a sealed envelope or wrapper.

4. Write the following information on the outside of that sealed envelope or wrapper.

a. Title of Action:  RAMIRO HUERTA

b. Number of Action: PCM358718

c. Date of Subpoena:  12/04/2018

d. Name of Person Signing Declaration:_____

5. Enclose the sealed inner envelope or wrapper in an outer envelope or wrapper and seal the outer container.

6. Mail or deliver the package to the following address:

Clerk        TULARE COUNTY SUPERIOR COURT

Court Division        ATTN: EXIBITS

                        300 E OLIVE AVENUE

                        PORTERVILLE, CA  93257

7. To comply with Section 1560, you must mail or deliver the above within  FIVE DAYS after you receive the subpoena.

The enclosed declaration should be completely filled out, with a check mark for either 3a or 3b.  Sign and date the declaration and enclose it with the sealed records.

Additionally, it would be helpful to enclose a short explanation of the records.

DECLARATION

Title of Action:  RAMIRO HUERTA

Number of Action:  PCM358718

Date of Subpoena:  12/04/2018

Name of party receiving subpoena:  CUSTODIAN OF RECORD

Name of Business: TULARE COUNTY COUNSEL

I, _____, the undersigned, say:

1. I am the duly authorized custodian of the records of the above-named business.

2. I have authority to certify copies of those records.

3. Check either a. or b. below:

( ) a.  The copies transmitted herewith are true and correct copies of all
the original records described in the above-named subpoena,
insofar as the above-named business has such records;

( ) b.      No copies are transmitted herewith, because the above-named
business has none of the records described in the above named
subpoena.

4.  The records were prepared by the personnel of the above-named business,
in the ordinary course of business at or near the time of the act, condition,
or event.

5.      The records transmitted herewith are identified as:
_____
_____

6.      The records were prepared in the following manner:
_____
_____

Executed on    _____, _____, _____ at , California.

I declare under penalty of perjury that the above is true and correct.


_____
Declarant

CR-125/JV-525

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| — TIM WARD<br>TULARE COUNTY DISTRICT ATTORNEY<br>221 S. MOONEY BLVD RM 224<br>VISALIA, CA 93291<br>TELEPHONE NO.:                          FAX NO. *(Optional):* ·<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  PEOPLE OF THE STATE OF CALIFORNIA | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  TULARE
STREET ADDRESS: 300 E OLIVE AVENUE
MAILING ADDRESS: 300 E OLIVE AVENUE
CITY AND ZIP CODE: PORTERVILLE, CA 93257
BRANCH NAME: PORTERVILLE DIVISION

CASE NAME:
PEOPLE VS RAMIRO HUERTA

| ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:<br>*Subpoena/Subpoena Duces Tecum* | CASE NUMBER:<br><br>PCM358718 |
|---|---|

You must attend court or provide to the court the documents listed below. Follow the orders checked in item 2 below.   If you do not, the judge can fine you, send you to jail, or issue a warrant for your arrest.

1. To: *(name or business)*   CUS OF REC:TULARE COUNTY COUNSEL, 2900 W BURRELL, VISALIA, CA

2. You must follow the court order(s) checked below:
   a. ☐ Attend the hearing.
   b. ☐ Attend the hearing *and* bring all items checked in  c.  below.
   c. ☐ Provide a copy of these items to the court (Do not use this form to obtain Juvenile Court records):
      (1) PLEASE SEE ATTACHMENT
      (2) _____
      (3) _____
      ☐ If this box is checked, provide all items listed on the attached sheet labeled "Provide These Items."
   d. ☐ If someone else is responsible for maintaining the items checked in c. above, that person (the Custodian of Records) must also attend the hearing.
   e. ☐ If this box is checked and you deliver all items listed above to the court within 5 days of service of this order, you do not have to attend court if you follow the instructions in item 5.

3. | Court Hearing Date: | The court hearing will be at *(name and address of court):* |
   |---|---|
   | Date: 12/04/2018    Time: 08:30 AM<br>Dept.: 019          Rm.: | TULARE COUNTY SUPERIOR COURT, 300 E OLIVE<br>AVENUE, PORTERVILLE, CA 93257 |

   Call the person listed in item 4 below to make sure the hearing date has not changed. If you cannot go to court on this date, you must get permission from the person in item 4.  You may be entitled to witness fees, mileage, or both, in the discretion of the court.  Ask the person in item 4 after your appearance.

4. The person who has required you to attend court or provide documents is:
   Name: HONORABLE ANTONIO REYES        Phone No.: 559-782-7770
   Address: 300 E OLIVE AVENUE
   Number, Street, Apt. No.
   PORTERVILLE, CA 93257
   City                               State   Zip

   Date: 11/9/18        Signature ►
   _____
   Name and Title

Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
CR-125/JV-525 [Rev. July 1, 2007]

ORDER TO ATTEND COURT OR PROVIDE DOCUMENTS:<br>
*Subpoena/Subpoena Duces Tecum*<br>
(Criminal and Juvenile)

Page 1 of 2

American LegalNet, Inc.<br>
www.FormsWorkflow.com

1   TIM WARD
    TULARE COUNTY DISTRICT ATTORNEY
2   221 S MOONEY BLVD., RM 224
    VISALIA, CA 93291
3   TELEPHONE: (559) 636-5494
    FAX: (559) 730-2658

4

5   ATTORNEY FOR PLAINTIFF(S)

6

7            SUPERIOR COURT OF THE STATE OF CALIFORNIA
               IN AND FOR THE COUNTY OF TULARE

8

9   THE PEOPLE OF THE STATE OF CALIFORNIA, )
                    Plaintiff, )
10                        )   CRT. NO. PCM358718
                        )
11           vs.           )   AFFIDAVIT IN
                        )   SUPPORT OF
12   RAMIRO HUERTO        )   SUBPOENA DUCES
                        )   TECUM
13                        )
                        )   DATE: 12/04/2018
14            Defendant(s) )   TIME:08:30AM
                        )   DEPT. NO.:019

15

16     I, JOE ALINDAJAO, do hereby declare as follows:

17     1. That I am a Deputy District Attorney for the County of Tulare, and am the attorney representing the

People of the State of California in the aforementioned matter.

18     2. That the Custodian of Records of TULARE COUNTY COUNSEL, 2900 W BURRELL, VISALIA,

19  California, has in his/her possession or under his/her control the following documents:

20     YOU SHALL PROVIDE TO COURT ANY AND ALL OF THE FOLLOWING INFORMATION IN

21  FEDERAL CASE 1:17-CV-01446-DAD-EPG:

22     PLEASE PROVIDE ANY AND ALL AUDIO TRANSCRIPTS FROM PORTERVILLE POLICE

23  DEPARTMENT (INCIDENT # 7PV0021310) AND TULARE COUNTY SHERIFF'S OFFICE (TCSO RPT#

24  17-04931) RELATING TO FEDERAL CASE # 1:17-CV-01446-DAD-EPG.

25



# OFFICE OF THE DISTRICT ATTORNEY
## COUNTY OF TULARE
*Tim Ward, District Attorney*

In order the avoid personal appearance to comply with the Subpoena Duces Tecum you have received in the above matter, *Section 1560 of the California Evidence Code* must be strictly followed. If this procedure is followed properly, it will not be necessary for anyone to appear in court.

It is imperative that the following steps be followed:

1. Make a true and correct copy of all records described in the Subpoena Duces Tecum. A photocopy is sufficient for this purpose.

2. Complete and sign the enclosed declaration.

3. Put the declaration and all copies of the records in a sealed envelope or wrapper.

4. Write the following information on the outside of that sealed envelope or wrapper.

a. Title of Action:  RAMIRO HUERTA

b. Number of Action:  PCM358718

c. Date of Subpoena:  12/04/2018

d. Name of Person Signing Declaration:_____

5.Enclose the sealed inner envelope or wrapper in an outer envelope or wrapper and seal the outer container.

6. Mail or deliver the package to the following address:

Clerk      TULARE COUNTY SUPERIOR COURT

Court Division      ATTN: EXIBITS

300 E OLIVE AVENUE

PORTERVILLE, CA  93257

7. To comply with Section 1560, you must mail or deliver the above within  FIVE DAYS after you receive the subpoena.

The enclosed declaration should be completely filled out, with a check mark for either 3a or 3b. Sign and date the declaration and enclose it with the sealed records.

Additionally, it would be helpful to enclose a short explanation of the records.

DECLARATION

Title of Action:  RAMIRO HUERTA

Number of Action:  PCM358718

Date of Subpoena:  12/04/2018

Name of party receiving subpoena:  CUSTODIAN OF RECORD

Name of Business: TULARE COUNTY COUNSEL

I, _____, the undersigned, say:

1. I am the duly authorized custodian of the records of the above-named business.

2. I have authority to certify copies of those records.

3. Check either a. or b. below:

( ) a.  The copies transmitted herewith are true and correct copies of all the original records described in the above-named subpoena, insofar as the above-named business has such records;

( ) b.     No copies are transmitted herewith, because the above-named business has none of the records described in the above named subpoena.

4. The records were prepared by the personnel of the above-named business, in the ordinary course of business at or near the time of the act, condition, or event.

5.     The records transmitted herewith are identified as:
_____
_____

6.     The records were prepared in the following manner:
_____
_____

Executed on     _____, _____, _____ at , California.

I declare under penalty of perjury that the above is true and correct.

_____
Declarant

Exhibit 2

DEANNE H. PETERSON, SBN 147099
County Counsel for County of Tulare
KATHLEEN A. TAYLOR, SBN 131100
Chief Deputy County Counsel
AMY I. MYERS, SBN 269475
Deputy County Counsel
2900 W. Burrel Ave.
Visalia, CA 93291
Telephone: (559) 636-4950
Facsimile: (559) 737-4319
E-Mail: amyers@co.tulare.ca.us

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA–FRESNO

RAMIRO HUERTA

       Plaintiff,

       v.

COUNTY OF TULARE ET AL
       Defendant.

Case Number: 1:17-CV-01446-DAD-EPG

Receipt & Acknowledgement

I, _____Joe L. Alindajao_____ acknowledge receipt of the following:
          (Printed Name)

1. Video deposition of Ramiro Huerta with transcript and exhibits;

2. Video Deposition of Josefina Huerta with transcript and exhibits;

3. Video Deposition of Pascual Huerta with transcript;

4. Deposition transcripts of Tulare County PMKs with exhibits;

5. Deposition transcript of Michael Coldren with exhibits;

6. Deposition transcript of Laura Torres-Salcido with exhibits;

7. Deposition transcript of Hector Hernandez with exhibits;

8. Deposition transcript of Salvador Ceja with exhibits;

9. Deposition transcript of James Dillon with exhibits;

10. Transcripts of body cam videos;

County Counsel
Tulare County
Visalia, California

11. Transcripts of PPD calls;

12. Transcript of radio transmissions;

13. Transcripts of TCSO calls.

Dated: _____11/19/18_____

Recipient's Signature

County Counsel
Tulare County
Visalia, California

2

## PROOF OF SERVICE

I, the undersigned, declare under penalty of perjury that I am employed in the County of Tulare, State of California. I am over the age of eighteen (18) years and not a party to this case. My business address is 2900 West Burrel Avenue, Visalia, CA 93291.

On this date, I served the following document(s): DECLARATION OF KARI MARTIN-HIGGINS RE: COMPLIANCE WITH SUBPOENAS

| | |
|---|---|
| Matthew D. Owdom<br>Owdom Law Firm<br>632 W. Oak Avenue<br>Visalia, CA 93291<br>matt@owdomlawfirm.com<br>*Attorney for Plaintiff* | Boris Treyzon, Esq.<br>Douglas A. Rochen, Esq.<br>Katie deGuzman, Esq.<br>ABIR COHEN TREYZON SALO LLP<br>1901 Avenue of the Stars, Suite 935<br>Los Angeles, CA 90067<br>btreyzon@actslaw.com<br>drochen@actslaw.com<br>kdeguzman@actslaw.com<br>*Attorneys for Plaintiff* |
| Tulare County District Attorney Office<br>300 East Olive ,<br>Porterville, CA 93257 | |

In the following manner:

☒   **(BY MAIL)** I am "readily familiar" with The County of Tulare's practice of collection and processing correspondence by mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day with postage fully prepaid at Visalia, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **(BY ELECTRONIC MAIL)** With the addressee(s)' consent and agreement, I caused such document to be delivered by electronic transmission to the addressee(s).

Executed on November 20, 2018, at Visalia, CA.

KARI MARTIN-HIGGINS

People of the State of California v. Ramiro Huerta
Tulare County Superior Court Case No. PCM358718

COUNTY COUNSEL
TULARE COUNTY
VISALIA, CALIFORNIA