**ABIR COHEN TREYZON SALO, LLP**
Boris Treyzon, Esq. (SBN 188893)
Douglas A. Rochen, Esq. (SBN 217231)
Brianna Y. Franco, Esq. (SBN 327526)
16001 Ventura Blvd #200
Encino, CA 91436
T: (424) 288-4367
F: (424) 288-4368
E-mail: *drochen@actslaw.com*
*bfranco@actslaw.com*

**OWDOM LAW FIRM**
Matthew D. Owdom (SBN 258779)
632 W. Oak Ave.
Visalia, California 93291
T: (559) 750-5224
E-mail: *matt@owdomlawfirm.com*

Attorneys for Plaintiff Ramiro Huerta

**COUNTY COUNSEL, COUNTY OF TULARE**
Jennifer M. Flores, SBN271493
Kathleen A. Taylor, SBN131100
Amy I. Myers, SBN 269475
2900 West Burrel Avenue
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: *amyers1@co.tulare.ca.us*

Attorneys for Defendant County of Tulare and named Deputy Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RAMIRO HUERTA,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; | Case No. 1:17-cv-01446-DAD-EPG<br><br>**JOINT STATUS REPORT REGARDING CRIMINAL CASE STATUS** |

| | |
|---|---|
| 1 | SALVADOR CEJA; JAMES DILLON; RONALD SMITH; Unknown TULARE COUNTY TSC'S DEPUTIES named herein as Does 7 - 50; and ROES 1-50 inclusive |
| | Defendants |

The parties to the above-entitled action, Plaintiff RAMIRO HUERTA ("Plaintiff") and Defendants COUNTY OF TULARE, TULARE COUNTY SHERIFF, MICHAEL COLDREN, LAURA TORRESSALCIDO, HECTOR HERNANDEZ, SALVADOR CEJA, JAMES DILLON, and RONALD SMITH ("Defendants"), jointly submit this JOINT STATEMENT REGARDING CRIMINAL CASE STATUS since January 7, 2020, and in light of the Covid-19 complications.

**PLAINTIFF'S SUMMARY OF CRIMINAL PROCEEDINGS**

Plaintiff's Motion to Dismiss based upon his right to a speedy trial under section 1382 of the Cal. Pen. Code, and the Sixth Amendment to the U.S. Constitution set for January 7, 2021 was denied on the grounds that the Covid-19 pandemic restrictions took precedent over Mr. Huerta's right to a speedy trial.

A subsequent Motion to Suppress under Penal Code Section 1538.5, or alternatively, Motion to Dismiss was heard on April 16, 2021 and was denied with the Court stating that 1538.5 wasn't the proper procedural means, citing *People v. Chavez* (2020) 54Cal.5th.477. During argument on the motion, however, the trial judge found interest in the Fourth Amendment issues and stated that he would be hashing out these issues in the instructions and/or motion for directed verdict.

Trial was originally set for June 15, 2021, and then subsequently continued to July 13, 2021. The court is concerned that one of the key witnesses for the defense

is medically compromised according to medical records submitted to the Court and the judge is trying to get this matter to trial. The Court is equally aware of the age of the civil case. Nevertheless, due to the backlog of felony cases that have priority over Mr. Huerta's misdemeanor charges, his criminal trial could get continued again.

## PLAINTIFF'S FORMAL REQUEST

As such, Plaintiff is formally requesting the Court revisit lifting the stay of the civil case.

## DEFENDANTS' POSITION ON PLAINTIFF'S REQUEST

Defendants do not agree with plaintiff's request, as the reasons for the original request for stay remain, unless or until the criminal matter concludes. It is Defendants' position that Tulare County Superior Court is actively trying criminal jury trials, misdemeanors included and, on that basis, believes that the jury trial is likely to proceed on July 13, 2021.

DATED: June 14, 2021            **ABIR COHEN TREYZON SALO, LLP**

By: _____
Boris Treyzon
Doug Rochen
Brianna Y. Franco
Attorneys for Plaintiff
RAMIRO HUERTA

DATED: June 14, 2021            **TULARE COUNTY COUNSEL**

By: _____
Jennifer M. Flores
Kathleen A. Taylor
Amy Myers
Attorneys for Defendant County of
Tulare and named Deputy Defendants