**ABIR COHEN TREYZON SALO, LLP**
Boris Treyzon, Esq. (SBN 188893)
Douglas A. Rochen, Esq. (SBN 217231)
Brianna Franco, Esq. (SBN 327526)
1901 Avenue of the Stars, Suite 935
Los Angeles, CA 90067
T: (424) 288-4367
F: (424) 288-4368
E-mail: drochen@actslaw.com
        bfranco@actslaw.com

**OWDOM LAW FIRM**
Matthew D. Owdom (SBN 258779)
632 W. Oak Ave.
Visalia, California 93291
T: (559) 750-5224
E-mail: matt@owdomlawfirm.com

Attorneys for Plaintiff Ramiro Huerta

**COUNTY COUNSEL, COUNTY OF TULARE**
Jennifer M. Flores, SBN 271493
Kathleen A. Taylor, SBN 131100
Amy I. Myers, SBN 269475
2900 West Burrel Avenue
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: amyers1@co.tulare.ca.us

Attorneys for Defendant County of Tulare and named Deputy Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RAMIRO HUERTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; | Case No. 1:17-cv-01446-EPG<br><br>**JOINT STATUS REPORT REGARDING CRIMINAL CASE AND POTENTIAL LIFTING OF STAY**<br><br>**Date:** August 4, 2021<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 10<br>**Judge:** Judge Erica P. Grojean |

-1-

JOINT STATUS REPORT REGARDING CRIMINAL CASE AND POTENTIAL LIFTING OF STAY

SALVADOR CEJA; JAMES DILLON; RONALD SMITH; Unknown TULARE COUNTY TSC'S DEPUTIES named herein as Does 7 - 50; and ROES 1-50 inclusive

Defendants

The parties to the above-entitled action, Plaintiff RAMIRO HUERTA ("Plaintiff" or "Mr. Huerta") and Defendants COUNTY OF TULARE, TULARE COUNTY SHERIFF, MICHAEL COLDREN, LAURA TORRES-SALCIDO, HECTOR HERNANDEZ, SALVADOR CEJA, JAMES DILLON, and RONALD SMITH ("Defendants"), jointly submit this JOINT STATUS REPORT regarding the status of the related state criminal proceeding and the parties' positions regarding lifting the stay.

**1.   STATUS OF THE STATE CRIMINAL CASE**

Mr. Huerta's criminal trial has been set and continued approximately five (5) times. Mr. Huerta's criminal trial is currently set to begin on October 19, 2021.

**2.   LIFTING THE STAY ON THIS CIVIL PROCEEDING**

**a. Plaintiff's Position**

It is Plaintiff's position that there is no reason to further delay the progress of this civil case. While Plaintiff is hopeful that the October 19, 2021 trial date will go forward, there is a high likelihood that Plaintiff's criminal trial will get continued, yet again, because felony cases are taking priority over misdemeanor cases, such as Mr. Huerta's. The incident at the center of this case took place on April 25, 2017, and this civil case has been stayed since January 22, 2019. More than two years later there has been no movement with the criminal case and with the combination of both felony cases taking priority over misdemeanor charges, as well as the ever-changing court restrictions related to the Covid-19 pandemic,

Plaintiff respectfully requests that the stay on this civil proceeding be lifted in order to proceed with discovery efforts.

### b. Defendant's Position

Defendants do not agree with Plaintiff's request, as the reasons this Court issued the stay remain (Doc. No. 69), unless or until the criminal matter concludes. The Tulare County Superior Court is actively trying both felony and misdemeanor criminal jury trials. It is Defendants' understanding that the Superior Court stands ready to proceed to jury trial in this matter and that the criminal trial was continued solely because of a date conflict with a key witness. On that basis, Defendants believe that the jury trial is likely to proceed on October 19, 2021.

DATED: July 26, 2021

**ABIR COHEN TREYZON SALO, LLP**

By: *[signature]*

Boris Treyzon
Doug Rochen
Brianna Franco
Attorneys for Plaintiff
RAMIRO HUERTA

DATED: July 26, 2021

TULARE COUNTY COUNSEL

By: *[signature]*
Jennifer M. Flores
Kathleen A. Taylor
Amy I. Myers
Attorneys for Defendant County of Tulare and named Deputy Defendants