UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01446-EPG<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(ECF No. 85) |

Pursuant to the parties' stipulation (ECF No. 106), IT IS HEREBY ORDERED that the Amended Scheduling Order (ECF No. 85) is modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff: | August 1, 2022 |
| Expert Disclosure: | September 2, 2022 |
| Rebuttal Expert Disclosure: | October 4, 2022 |
| Expert Discovery Cutoff: | November 18, 2022 |
| Dispositive Motion Filing: | December 9, 2022 |

///

1

No pretrial conference or trial date has been set. All other terms and conditions of the Amended Scheduling Order (ECF No. 85) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **March 7, 2022**          /s/ Erica P. Grosjean
                            UNITED STATES MAGISTRATE JUDGE