UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RAMIRO HUERTA, | Case No. 1:17-cv-01446-EPG |
| Plaintiff, | ORDER FOR MODIFICATION OF THE CASE MANAGEMENT SCHEDULE DEADLINES |
| vs. | |
| COUNTY OF TULARE, et al., | (ECF No. 118) |
| Defendants. | |

   On August 2, 2022, the parties filed a stipulation to modifying the scheduling order. (ECF No. 118). As grounds, the stipulation states that, despite their best efforts, "conflicting case management deadlines with other matters also being litigated by counsel for the parties has made it difficult to fully prepare expert discovery in manner to be completed by the currently operative deadline." (*Id.* at 2). Additionally, the stipulation asserts that the addition of co-counsel for the defense on July 21, 2022, necessitates "additional time for co-counsel to fully onboard the case and gain knowledge of all of the proceedings that have taken place to date." (*Id.* at 3). Accordingly, the parties seek an extension of the expert discovery deadlines and dispositive motion deadline.

///

Pursuant to the parties' stipulation (ECF No. 118), IT IS ORDERED as follows:

1. The Court hereby Orders that the Court's scheduling order (ECF No. 14, as modified by ECF Nos. 85 and 108) is further modified as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off | August 1, 2022 | August 1, 2022 (No Change) |
| Expert Disclosures | September 2, 2022 | November 4, 2022 |
| Telephonic Status Conference | None | December 12, 2022 at 10:30 a.m. |
| Rebuttal Expert Disclosures | October 4, 2022 | December 13, 2022 |
| Expert Discovery Cut-Off | November 18, 2022 | January 20, 2023 |
| Dispositive Motion Filing | December 9, 2022 | February 10, 2023 |

2. No pretrial conference or trial date has been set. All unmodified terms and conditions of the Court's scheduling order (ECF No. 14, as modified by ECF Nos. 85 and 108) remain in full force and effect.

3. For the telephonic status conference set for December 12, 2022, the parties shall file a joint status report at least one week before the status conference, advising the Court about the progress of expert discovery and any other issues the parties deem pertinent.[1] To participate, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated:   **August 10, 2022**                                   /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are encouraged to discuss the potential for a settlement conference and may request a conference with another magistrate judge at any time by contacting the Court's Courtroom Deputy, Michelle Rooney, by jointly emailing her at (mrooney@caed.uscourts.gov).