UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, *et al.*,<br><br>            Defendants. | Case No.  1:17-cv-01446-EPG<br><br>ORDER RE: STIPULATION AND JOINT REQUEST OF THE PARTIES FOR MODIFICATION OF THE CASE MANAGEMENT SCHEDULE DEADLINES<br><br>(ECF No. 126). |

  Before the Court is a stipulation to modify the scheduling order. (ECF No. 126). On October 4, 2022, at the parties' request, the Court held an informal discovery conference. (ECF No. 123). The Court issued a minute order directing the parties to meet and confer regarding the discussed details of the proposed Federal Rule of Civil Procedure 35 Examination. (ECF No. 124). The parties were to file a stipulation and proposed order regarding the Rule 35 examination by October 11, 2022. (Id.) Because Plaintiff's counsel indicated by email that the parties required additional time to do so, the Court directed the parties to file the joint stipulation and proposed order by October 13, 2022. (ECF No. 125).

  On October 13, 2022, the parties filed a joint stipulation to modify the scheduling presently before the Court. (ECF No. 126). As grounds, the stipulation states that during the meet

and confer process that was conducted pursuant to the Court's order following the October 4, 2022, informal discovery conference, "the Parties conclude that it will not be possible to set Plaintiff's Rule 35 Examination before the November 4, 2022 expert disclosure deadline due to scheduling conflicts between now and then." (Id. at 3). As such, "the Parties determined that a short continuance is necessary to conduct the Rule 35 examination and ensure that expert disclosures are timely made consistent with the Court's instructions." (Id. at 3). Accordingly, the parties seek a thirty-day extension for all expert discovery related dates as well as the dispositive motion filing deadline. (Id. at 4).

Pursuant to the parties' stipulation (ECF No. 126), IT IS ORDERED that:

1. The Court hereby Orders that the Court's scheduling order (ECF No. 14, as modified by ECF Nos. 85, 108, 119) is further modified as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Expert Disclosures & Reports Due (Initial) | November 4, 2022 | **December 5, 2022** |
| Telephonic Status Conference | December 12, 2022 at 10:30 a.m. | **December 12, 2022 at 10:30 a.m.** (No Change) |
| Rebuttal-Supplemental Expert Disclosures Due: | December 13, 2022 | **January 13, 2023** |
| Expert Discovery Cut-Off | January 20, 2023 | **February 21, 2023** |
| MSJ/Dispositive Motion Filing Deadline (MCOF): | February 10, 2023 | **March 10, 2023** |

2. No pretrial conference or trial date has been set. All unmodified terms and conditions of the Court's scheduling order (ECF No. 14, as modified by ECF Nos. 85, 108, 119) remain in full force and effect.

3. For the telephonic status conference set for December 12, 2022, the parties shall file a joint status report at least one week before the status conference, advising the Court about the progress of expert discovery and any other issues the parties deem pertinent. To participate, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

\\\
\\\

4. Further, the parties shall file a joint stipulation and proposed order pursuant to the Court's order (ECF No. 124) by October 21, 2022.

IT IS SO ORDERED.

Dated: **October 14, 2022**              /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE