UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF TULARE, *et al.*,<br><br>        Defendants. | Case No. 1:17-cv-01446-EPG<br><br>ORDER RE: STIPULATION AND JOINT REQUEST OF THE PARTIES FOR LIMITED EXTENSION OF THE EXPERT DISCOVERY DEADLINE ONLY SO AS TO ALLOW FOR PLAINTIFF'S DEPOSITION OF DEFENDANTS' REBUTTAL EXPERT STEPHANIE RIZZARDI<br><br>(ECF No. 134). |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under all applicable statutes and rules – including Fed. R. Civ. P. 16, 26(c), 37(a)(5), and 40, as well as U.S. Dist. Ct., E.D. Cal., L.R. 7-1, 7-3, 16-9, 16-14, 40-1, 40-1.1, 40-1.2, and 52-4.1; and all applicable Federal Rules of Civil Procedure and/or Federal Rules of Evidence and U.S. Dist. Ct., E.D. Cal. Local Rules – after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby Orders that the Court's amended scheduling order (*See* ECF Nos. 85, 108, 119, 127, 131) is modified as follows:

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Expert Discovery Cut-Off – All Other Expert Discovery *Except* As To Deposition of Defendants' Rebuttal Expert Ms. Rizzardi | May 23, 2023 | **May 23, 2023 (no change)** |
| Expert Discovery Cut-Off – As To Deposition of Defendants' Rebuttal Expert Ms. Rizzardi Only | May 23, 2023 | **June 15, 2023** |
| MSJ/Dispositive Motion Filing Deadline (MCOF): | June 2, 2023 | **June 2, 2023 (no change)** |

2. All other deadlines remain as previously set, including the telephonic status conference currently set for May 3, 2023 at 10:00 A.M. (*See* ECF No. 133). The parties are reminded to file a joint status report at least one week before the status conference, advising the Court about the progress of expert discovery and any other issues the parties deem pertinent. To participate, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **April 25, 2023**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2