UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF TULARE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-01446-EPG<br><br>ORDER RE: STIPULATION AND JOINT REQUEST OF THE PARTIES FOR LIMITED EXTENSION OF THE EXPERT DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE AND BRIEFING SCHEDULE<br><br>(ECF No. 145). |

Based on the parties' stipulation (ECF No. 145), IT IS HEREBY ORDERED that:

1. The Court's amended scheduling order (*See* ECF Nos. 85, 108, 119, 127, 131, 135) is modified as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Expert Discovery Cut-Off – All Other Expert Discovery *Except* As To Deposition of Defendants' Rebuttal Expert Ms. Rizzardi and Plaintiff's Experts Kristin Spoon, Dr. Hyman Gross, and Brooke Feerick | May 23, 2023 | **May 23, 2023 (no change)** |
| Expert Discovery Cut-Off – As To Deposition of Plaintiff's Expert Brooke Feerick | May 23, 2023 | **May 25, 2023** |
| Expert Discovery Cut-Off—As to Deposition of Plaintiff's Expert Kristin Spoon | May 23, 2023 | **June 8, 2023** |

1

| | | |
|---|---|---|
| Expert Discovery Cut-Off—As to Deposition of Defendants' Rebuttal Expert Ms. Rizzardi | June 15, 2023 | **June 15, 2023 (no change)** |
| MSJ/Dispositive Motion Filing Deadline (MCOF): | June 2, 2023 | **June 16, 2023** |
| Expert Discovery Cut-Off—As to Deposition of Plaintiff's Expert Dr. Hyman Gross | May 23, 2023 | **June 27, 2023** |
| MSJ/Dispositive Motion *Opposition* Deadline | June 16, 2023 (per E.D. Cal. L.R. 230(c)) | **July 14, 2023** |
| MSJ/Dispositive Motion *Reply* Deadline | June 26, 2023 (per E.D. Cal. L.R. 230(d)) | **July 28, 2023** |

IT IS SO ORDERED.

Dated:   **May 23, 2023**                              /s/ *Erica P. Grosjean*
                                                                                  UNITED STATES MAGISTRATE JUDGE