UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, *et al.*,<br><br>        Defendants. | Case No.  1:17-cv-01446-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COUNTY OF TULARE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 164).<br><br>ORDER FOR CLERK OF COURT TO REFLECT CHANGE IN CAPTION |

On September 28, 2023, the parties filed a joint stipulation for dismissal without prejudice of Defendant County of Tulare as the parties have stipulated that "Plaintiff's claims against the County of Tulare properly proceed against the Tulare County Sheriff's Department." (ECF No. 164, p. 2). In light of the parties' stipulation, Plaintiff's claims against Defendant County of Tulare have been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed without prejudice. Accordingly, the Clerk of Court is directed to terminate County of Tulare as a defendant in this action.

\\\

\\\

\\\

\\\

1

Further, the Clerk of the Court is ordered to reflect his change in the caption of the case. This action will henceforth be captioned *Ramiro Huerta v. Tulare County Sheriff's Department, et al.*, 1:17-cv-01446-EPG.

IT IS SO ORDERED.

Dated:   **October 5, 2023**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

2