JENNIFER M. FLORES, SBN 271493
County Counsel for County of Tulare
KATHLEEN A. TAYLOR
Chief Deputy County Counsel
AMY I. MYERS, SBN 269475
Deputy County Counsel
2900 W. Burrel Ave.
Visalia, CA 93291
Telephone: (559) 636-4950
Facsimile: (559) 737-4319
E-Mail: Amyers1@tularecounty.ca.gov

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF TULARE, TULARE COUNTY SHERIFF, MICHAEL COLDREN, LAURA TORRES-SALCIDO, HECTOR HERNANDEZ, SALVADOR CEJA, JAMES DILLON, and RONALD SMITH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RAMIRO HUERTA,<br><br>           Plaintiff,<br><br>     vs.<br><br>COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; MICHAEL COLDREN; LAURA TORRES-SALCIDO; HECTOR HERNANDEZ; SALVADOR CEJA; JAMES DILLON; RONALD SMITH; Unknown TULARE COUNTY TSC'S DEPUTIES named herein as Does 7 - 50; and ROES 1-50 inclusive,<br><br>           Defendants. | Case No. 1:17-cv-01446-EPG<br>[*Hon. Erica P. Grosjean, M. Judge*]<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST OF THE PARTIES FOR CONTINUANCE OF SETTLEMENT CONFERENCE FROM NOVEMBER 14, 2023, TO DECEMBER 21, 2023, AND FOR THE SETTLEMENT CONFERENCE TO BE CONDUCTED BY ZOOM VIDEOCONFERENCE**<br><br>(Doc. 167) |

PURSUANT TO THE STIPULATION OF THE PARTIES (Doc. 167), and pursuant to the Court's inherent and statutory authority, including, but not limited to, the Court's authority under all applicable statutes and rules – including Fed. R. Civ. P. 16 – after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Settlement Conference in this matter is CONTINUED from November 14, 2023, to December 21, 2023, at 10:30 a.m.

2. At this time, the parties' request to conduct the Settlement Conference via Zoom is DENIED. The parties may renew this request at the Telephonic Pre-Settlement Conference following the Court's review of the parties' Confidential Settlement Conference statements.

3. All associated deadlines, including the Pre-Settlement Telephonic Conference (Doc. 163) are VACATED to be reset per a written order regarding Settlement Conference procedures that will follow.

IT IS SO ORDERED.

Dated:   **October 18, 2023**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE



130750727.1

2

ORDER GRANTING STIP. AND JT. REQ. FOR SETTLEMENT CONFERENCE CONTINUANCE