UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF TULARE, *et al.*,<br><br>          Defendants. | Case No. 1:17-cv-01446-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HIS CLAIMS AGAINST DOE DEFENDANTS 1-50 SHOULD NOT BE DISMISSED WITHOUT PREJUDICE<br><br>RESPONSE DUE WITHIN 21-DAYS |

Plaintiff Ramiro Huerta ("Plaintiff") initiated this civil rights action on October 25, 2017. (ECF No. 1). For the reasons that follow, the Court will order Plaintiff to show cause why his claims against Doe Defendants 1-50 should not be dismissed without prejudice.

This case proceeds on Plaintiff's federal and state law claims against the Tulare County Sheriff's Department ("TCSD"), as well as TCSD deputies, Ronald Smith, Michael Coldren, James Dillon, Salvador Ceja, Hector Hernandez, and Does 1-50. (*See* ECF Nos. 22, 183). Discovery concluded in this case on June 15, 2023. (*See* ECF No. 135 at 2). The Court has adjudicated Defendants' motion for summary judgment, and the deadline to file dispositive motions has passed. (*See* ECF Nos. 183, 135 at 2). This case is set for a jury trial beginning on June 18, 2024. (ECF No. 166). However, Doe Defendants 1-50 remain unnamed. Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1

1. Plaintiff has twenty-one days from the date of this order to show cause why his claims against Doe Defendants 1-50 should not be dismissed, without prejudice, for failure to prosecute, and/or failure to comply with Rule 4(m).
2. Alternatively, Plaintiff may file an appropriate stipulation for the dismissal of the Doe defendants.

IT IS SO ORDERED.

Dated: **February 28, 2024**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2