UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA, | Case No. 1:17-cv-01446-EPG |
| Plaintiff, | ORDER RE: STIPULATION AND JOINT REQUEST OF THE PARTIES FOR TO MODIFY THE SCHEDULE AND RE-OPEN EXPERT DISCOVERY FOR A LIMITED PURPOSE |
| vs. | |
| TULARE COUNTY SHERIFF, *et al.*, | |
| Defendants. | (ECF No. 193). |

On March 11, 2024, the Court held an informal discovery dispute conference at the request of the parties. (ECF Nos. 186-188). The Court directed the parties to meet and confer "regarding setting the further deposition testimony of Defendants' expert witness, James Borden, within the time parameters discussed at the conference." (ECF No. 189). On March 20, 2024, the parties filed a stipulation and request that expert discovery be re-opened for the limited purpose of taking the further deposition of Defendants' expert witness. (ECF No. 193). Based on the parties' stipulation (ECF No. 193), and for good cause shown, IT IS ORDERED that:

1. Expert discovery is reopened for the limited purpose of the further deposition of Defendants' Expert, James Borden, only.

2. The further deposition of Mr. Borden shall be limited to 1.5 hours. However, if Mr. Borden offers any new opinions, then the deposition time shall increase to 2.0 hours total.

3. Such deposition shall be conducted via Zoom-style videoconference.

\\\

1

4.  Such deposition shall not be cumulative of Mr. Borden's prior deposition.

IT IS SO ORDERED.

Dated:   **March 22, 2024**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE