UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO HUERTA,<br><br>              Plaintiff,<br><br>     v.<br><br>TULARE COUNTY SHERIFF, *et al.*,<br><br>              Defendant. | Case No. 1:17-cv-01446-EPG<br><br>ORDER RE: STIPULATION TO DISMISS UNNAMED DOE DEFENDANTS<br><br>(ECF No. 192).<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 184). |

On February 28, 2024, the Court issued an order for Plaintiff to show cause why his claims against Doe Defendants should not be dismissed without prejudice for failure to prosecute and/or comply with Federal Rule of Civil Procedure 4(m). (ECF No. 184). The Court directed Plaintiff to file a response, or alternatively, file an appropriate stipulation for the dismissal of the Doe Defendants.

On March 20, 2024, the parties filed a joint stipulation for dismissal without prejudice of unnamed Doe Defendants 7-50[1]. (ECF No. 192).

In light of the parties' stipulation, Plaintiff's claims against Doe Defendants 7-50 have been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed without prejudice.

---

[1] As the parties' stipulation notes, Plaintiff's Second Amended Complaint only identified Does 7-50. (ECF No. 192, p. 2 n.1).

1

Accordingly, IT IS ORDERED that the Court's order to show cause (ECF No. 184) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   **May 3, 2024**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE