UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA[1] HUERTA,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, *et al.*,<br><br>        Defendants. | Case No. 1:17-cv-01446-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 219). |

On September 6, 2024, the parties filed a joint stipulation for dismissal with prejudice of all claims in this action and with each party to bear its own attorneys' fees and costs. (ECF No. 219).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Additionally, the parties have requested that the Court retain jurisdiction to enforce the terms of the Settlement Agreement and Addendum. (ECF No. 219 at 2). The Court will retain jurisdiction to enforce the terms of the settlement agreement for one year from the date of this order. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994)) (district

---

[1] On August 19, 2024, the Court granted Plaintiff's motion to substitute Josefina Huerta for the original plaintiff, Ramiro Huerta.

1

courts may retain ancillary jurisdiction to enforce settlement agreements).

Accordingly,

- The Court retains continuing jurisdiction over this case to enforce the terms of the Settlement Agreement and Addendum, for one year from the date of this order.
- The Clerk of Court is directed to terminate Laura Torres-Salcido from the case.[2]
- The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 9, 2024**         /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff has withdrawn all claims against Torres-Salcido. *See* ECF No. 208 at 10.

2